IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-59,908-03





IN RE CARLTON AKEE TURNER







ON PETITION FOR WRIT OF PROHIBITION


IN CAUSE NO. F99-00220-MS FROM THE


282
ND DISTRICT COURT OF DALLAS COUNTY





Per Curiam.


ORDER


 

 Relator asks this Court to issue a writ of prohibition ordering the Director of the Texas
Department of Criminal Justice - Institutional Division to refrain from carrying the sentence
in his case into execution tonight, Thursday, September 27, 2007.

 The Court has reviewed the petition and leave to file is denied.

 IT IS SO ORDERED THE 27TH DAY OF SEPTEMBER, 2007.

Do Not Publish